FILED
U.S. DISTRICT COURT
2026 NOV 17 PM 1:26
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
Plaintiff,

vs.

SCOTT J. ANDERSON,
Defendant.

8:26CR208

INDICTMENT

18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)
18 U.S.C. § 2251(a) and (e)

The Grand Jury charges that

**COUNT I**

Between on or about March 29, 2026, and on or about April 5, 2026, in the District of Nebraska, in and affecting interstate commerce, the defendant, SCOTT J. ANDERSON, did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, First Degree Sexual Assault of a Child and First Degree Sexual Assault which are criminal offenses under Nebraska Revised Statute §§ 28-319(1) and 28-319.01(1)(b).

In violation of Title 18, United States Code, Section 2422(b).

**COUNT II**

On or about April 4, 2026, in the District of Nebraska and elsewhere, the defendant, SCOTT J. ANDERSON, did travel in interstate commerce for the purpose of engaging in an any illicit sexual conduct, as defined in Title 18, United States Code, Sections 2423(f), with another person.

In violation of Title 18, United States Code, Section 2423(b).

**COUNT III**

Between on or about March 29, 2026, and on or about April 5, 2026, in the District of Nebraska, the defendant, SCOTT J. ANDERSON, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the defendant knew and had reason to know that the visual depiction would be transported in interstate commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

KELLI CERAOLO #25218
Assistant U.S. Attorney